37 So.2d 440

## FARLEY v. STATE.

6 Div. 789.

Supreme Court of Alabama.

Oct. 7, 1948.

Rehearing Denied Nov. 26, 1948.

Chas. Tweedy Jr., of Jasper, for petitioner.

A. A. Carmichael, Atty. Gen., and Thos. F. Parker, Asst. Atty. Gen., for respondent.

STAKELY, Justice.

The petition is written on ordinary legal cap paper, not on transcript paper, as required by Supreme Court Rule 36 which is set out on page 1017, Title 7 Appendix, Code of 1940. Peterson v. State, 248 Ala. 179, 27 So.2d 30; Allen v. State, 249 Ala. 201, 30 So.2d 483. The petition must be stricken.

Petition for certiorari stricken.

BROWN, FOSTER and LAWSON, JJ., concur.